IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **PAUL E. BRADLEY**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-180 (MTT) |
| ) | |
| **JP MORGAN CHASE BANK NATIONAL** ) | |
| **ASSOCIATION**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the Court on the Plaintiffs' motion for reconsideration. (Doc. 31). On December 10th, the Court denied the Plaintiffs' motion (Doc. 28), which was styled as an objection to the Court's November 12th Order (Doc. 27) denying the Plaintiffs' Rule 60 motion for relief from judgment (Doc. 24). The Plaintiffs now move for the Court to reconsider the December 10th Order. For the reasons discussed in the previous Order (Doc. 30), the Plaintiffs' motion (Doc. 31) is **DENIED**.

**SO ORDERED**, this 3rd day of January, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT